ACLU Foundation of Massachusetts
211 Congress Street
Third Floor
Boston, MA 02110

Invoice submitted to:
Cocroft

Matthew Segal

April 14, 2015

Invoice #10024

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/6/2012 | Review complaint, appeals court decision, and email regarding the these topics. | 1.00<br>350.00/hr | 350.00 |
| 4/12/2012 | Review Transcripts. | 2.50<br>350.00/hr | 875.00 |
| 4/25/2012 | Review video and work on outline; email to Beverly Chorbajian and Michael Altman. | 2.50<br>350.00/hr | 875.00 |
| 4/27/2012 | Conference with John Reinstein about the case and review emails. | 0.50<br>350.00/hr | NO CHARGE |
| 5/1/2012 | Prepare documents and email for Michael Altman. | 0.30<br>350.00/hr | NO CHARGE |
| 5/2/2012 | Correspondence regarding deposition. | 0.50<br>350.00/hr | 175.00 |
| 5/21/2012 | Correspondence regarding depositions. | 0.20<br>350.00/hr | NO CHARGE |
| 5/24/2012 | Review trial transcripts. | 2.50<br>350.00/hr | 875.00 |
| 5/29/2012 | Deposition preparation. | 0.50<br>350.00/hr | NO CHARGE |
| 6/1/2012 | Review Michael Altman's summary of Ms. Cocroft's testimony, and other emails. Emails to Michael Altman and Beverly Chorbajian. | 2.00<br>350.00/hr | 700.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/5/2012 | Review Reichle v. Howards; correspondence with Altman and Chorbajian regarding same. | 1.50 350.00/hr | 525.00 |
| 6/7/2012 | Research and emails re depositions. | 0.30 350.00/hr | NO CHARGE |
| 7/3/2012 | Review Dowd deposition. | 1.00 350.00/hr | NO CHARGE |
| 7/10/2012 | Review Dowd Irog answer; review emails on status conference. | 0.30 350.00/hr | NO CHARGE |
| 7/23/2012 | Review opposition to motion to compel; research same; emails to Chorbajian, Altman, | 2.00 350.00/hr | 700.00 |
| 7/24/2012 | Draft and revise reply in support of motion to compel. | 2.50 350.00/hr | 875.00 |
| 7/25/2012 | Further revise reply. | 1.30 350.00/hr | 455.00 |
| 8/13/2012 | Correspondence with Chorbajian about email from Attorney Quinn. | 0.20 350.00/hr | NO CHARGE |
| 8/15/2012 | Review Defendant's summary judgment motion. | 1.50 350.00/hr | 525.00 |
| 8/29/2012 | Review drafts of statement of disputed facts; email to Chorbajian regarding same. | 1.50 350.00/hr | 525.00 |
| 8/30/2012 | Conference with Altman and Chorbajian; review emails; legal research. | 4.50 350.00/hr | 1,575.00 |
| 9/4/2012 | Research and draft opposition brief; review research from law student D. Rini. | 3.00 350.00/hr | 1,050.00 |
| 9/5/2012 | Research and draft opposition brief. | 5.00 350.00/hr | 1,750.00 |
| 9/6/2012 | Research and draft opposition brief; review draft from D. Rini; confer with Rini re same. | 6.00 350.00/hr | 2,100.00 |
| 9/7/2012 | Draft opposition brief. | 2.00 350.00/hr | 700.00 |
| 9/9/2012 | Draft opposition brief. | 2.00 350.00/hr | 700.00 |
| 9/10/2012 | Draft opposition brief; circulate rough draft to Chorbajian and Altman. | 7.00 350.00/hr | 2,450.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 9/11/2012 | Revise draft of disputed facts; emails re same; review court order. | 1.00<br>350.00/hr | 350.00 |
| 9/12/2012 | Correspondence regarding facts and letter from Attorney Quinn. | 1.50<br>350.00/hr | NO CHARGE |
| 9/18/2012 | Correspondence with Chorbajian and Altman regarding opposition brief. | 0.20<br>350.00/hr | NO CHARGE |
| 10/10/2012 | Correspondence with Chorbajian and Altman regarding opposition brief. | 0.20<br>350.00/hr | NO CHARGE |
| 10/15/2012 | Correspondence with Chorbajian and Altman regarding opposition brief. | 0.70<br>350.00/hr | NO CHARGE |
| 10/17/2012 | Draft opposition to summary judgment and revise statement of disputed facts. | 9.00<br>350.00/hr | 3,150.00 |
| 10/18/2012 | Draft opposition to summary judgment and revise statement of disputed facts. | 10.00<br>350.00/hr | 3,500.00 |
| 10/19/2012 | Correspondence with Chorbajian and Altman regarding filings. | 0.20<br>350.00/hr | NO CHARGE |
| 11/5/2012 | Review Smith's response to summary judgment opposition. | 1.00<br>350.00/hr | 350.00 |
| 11/8/2012 | Prepare for summary judgment hearing. | 1.00<br>350.00/hr | 350.00 |
| 11/9/2012 | Prepare for summary judgment hearing. | 0.50<br>350.00/hr | 175.00 |
| 11/15/2012 | Prepare for summary judgment hearing. | 4.00<br>350.00/hr | 1,400.00 |
| 11/16/2012 | Prepare for summary hearing; review memo from law students D. Rini and T. Kates. | 4.00<br>350.00/hr | 1,400.00 |
| 11/19/2012 | Prepare for summary judgment hearing. | 5.00<br>350.00/hr | 1,750.00 |
| 11/20/2012 | Prepare for summary judgment hearing. | 2.50<br>350.00/hr | NO CHARGE |
| 11/25/2012 | Prepare for summary judgment hearing. | 3.00<br>350.00/hr | NO CHARGE |
| 11/26/2012 | Prepare for summary judgment hearing. | 3.50<br>350.00/hr | NO CHARGE |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/27/2012 | Prepare for summary judgment hearing. | 4.00<br>350.00/hr | 1,400.00 |
| 11/28/2012 | Prepare for summary judgment hearing. | 1.50<br>350.00/hr | 525.00 |
| 11/29/2012 | Prepare for summary judgment hearing. | 3.00<br>350.00/hr | NO CHARGE |
| 11/30/2012 | Prepare for summary judgment hearing. | 4.00<br>350.00/hr | 1,400.00 |
| 12/2/2012 | Prepare for summary judgment hearing. | 4.50<br>350.00/hr | 1,575.00 |
| 12/3/2012 | Prepare for summary judgment hearing; meet with Altman. | 8.00<br>350.00/hr | 2,800.00 |
| 12/4/2012 | Prepare for summary judgment hearing; travel to and from court; and argue summary judgment motion. | 4.00<br>350.00/hr | 1,400.00 |
| 12/5/2012 | Emails following up on summary judgment. | 0.20<br>350.00/hr | NO CHARGE |
| 12/6/2012 | Emails following up on summary judgment hearing. | 0.20<br>350.00/hr | NO CHARGE |
| 3/29/2013 | Review order denying summary judgment. | 0.50<br>350.00/hr | NO CHARGE |
| 4/3/2013 | Correspondence with Altman, Chorbajian, Reinstein, and Wunsch re: mediation. | 0.30<br>350.00/hr | 105.00 |
| 6/24/2013 | Correspondence with client re: mediation. | 0.20<br>350.00/hr | 70.00 |
| 6/25/2013 | Telephone call with client; follow-up emails to client, Altman, and Chorbajian. | 1.20<br>350.00/hr | 420.00 |
| 6/27/2013 | Telephone call with client; follow-up emails to Altman and Chorbajian. | 1.00<br>350.00/hr | 350.00 |
| 6/28/2013 | Correspondence with Reinstein, and Wunsch re: settlement. | 0.20<br>350.00/hr | 70.00 |
| 7/1/2013 | Prepare letter to client; confer with Altman and Chorbajian re: trial strategy; emails to Altman, Chorbajian, Reinstein, and Wunsch re: same. | 1.00<br>350.00/hr | 350.00 |
| 7/4/2013 | Email correspondence with client. | 0.10<br>350.00/hr | 35.00 |

|            |                                                                                                                                                                         | Hrs/Rate       | Amount     |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|------------|
| 7/5/2013   | Telephone call with client re: letter.                                                                                                                                  | 0.20 350.00/hr | 70.00      |
| 7/8/2013   | Review and respond to correspondence from client. Confer with Altman and Wunsch re next steps.                                                                          | 0.50 350.00/hr | 175.00     |
| 7/9/2013   | Correspondence with Chorbajian and Altman re: trial strategy.                                                                                                           | 0.20 350.00/hr | 70.00      |
| 7/13/2013  | Revise and send letter to client re: next steps.                                                                                                                        | 1.00 350.00/hr | 350.00     |
| 7/17/2013  | Review defendant's motion for miscellaneous relief.                                                                                                                     | 0.20 350.00/hr | NO CHARGE  |
| 9/6/2013   | Correspondence with Altman, Chorbajian, and Carl Williams re: trial strategy.                                                                                           | 0.10 350.00/hr | NO CHARGE  |
| 2/14/2014  | Confer with Williams re: trial; correspondence re: same.                                                                                                                | 0.30 350.00/hr | 105.00     |
| 2/28/2014  | Draft jury instructions, verdict form and response to defendants motion to strike.                                                                                      | 3.00 350.00/hr | 1,050.00   |
| 3/7/2014   | Draft jury instructions, verdict form and response to defendants motion to strike.                                                                                      | 0.80 350.00/hr | 280.00     |
| 3/25/2014  | Travel to and from Worcester.                                                                                                                                           | 2.00 350.00/hr | NO CHARGE  |
|            | Attend trial.                                                                                                                                                           | 4.00 350.00/hr | NO CHARGE  |
|            | Prepare memo to Williams re: closing argument; review and draft opposition to defendants motion for judgment as a matter of law; discussions and correspondence with Williams and Mack re: same | 4.50 350.00/hr | 1,575.00   |
| 3/26/2014  | Travel to and from Worcester.                                                                                                                                           | 2.00 350.00/hr | NO CHARGE  |
|            | Attend trial.                                                                                                                                                           | 4.00 350.00/hr | NO CHARGE  |
|            | Draft, finalize, and file opposition to defendants motion for judgment as a matter of law; correspondence with Mack, Chorbajian, and Williams re: same.                 | 3.50 350.00/hr | 1,225.00   |
| 3/27/2014  | Legal research re: jury question; correspondence with Williams, Chorbajian, and Mack re: same. Phone call with Williams re: next steps.                                 | 1.50 350.00/hr | 525.00     |
| 4/9/2014   | Research on exit orders; memo to Altman, Wunsch, and Chorbajian regarding same.                                                                                         | 3.00 350.00/hr | 1,050.00   |

Cocroft                                                                                                                  Page    6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/21/2014 | Review defendant's motion for judgment notwithstanding the verdict. | 1.00<br>350.00/hr | 350.00 |
|  | Research and draft outline of response to defendant's post-trial motion; send to C. Williams and M. Mack; review correspondence regarding same from M. Mack. | 2.00<br>350.00/hr | 700.00 |
| 4/22/2014 | Confer with D. Marx, C. Rauscher, and R. Richardson regarding affidavits in support of fee application. | 0.75<br>350.00/hr | 262.50 |
| 4/23/2014 | Prepare affidavit in support of fee request; confer with C. Williams and B. Chorbajian regarding same. | 2.50<br>350.00/hr | 875.00 |
| 4/24/2014 | Confer with S. Wunsch, C. Williams, and M. Mack about opposition brief. | 0.30<br>350.00/hr | 105.00 |
| 4/25/2014 | Confer with M. Mack regarding opposition brief; review jury instructions as delivered. | 0.20<br>350.00/hr | 70.00 |
| 4/29/2014 | Research and draft opposition to Smith's renewed motion for judgment as a matter of law. | 3.80<br>350.00/hr | 1,330.00 |
| 4/30/2014 | Draft opposition to Smith's renewed motion for judgment as a matter of law. | 5.20<br>350.00/hr | 1,820.00 |
| 5/1/2014 | Revise opposition to Smith's renewed motion for judgment as a matter of law. Confer with M. Mack and C. Williams regarding same. | 4.00<br>350.00/hr | 1,400.00 |
| 5/2/2014 | Conference call with M. Mack and C. Williams regarding further revision of draft opposition. | 0.30<br>350.00/hr | 105.00 |
| 6/13/2014 | Confer with C. Williams, B. Chorbajian, M. Altman regarding argument on post-hearing motion. | 0.20<br>350.00/hr | 70.00 |
| 6/14/2014 | Prepare for hearing on Smith's JNOV motion. | 2.00<br>350.00/hr | 700.00 |
| 6/15/2014 | Prepare for hearing on Smith's JNOV motion. | 2.00<br>350.00/hr | 700.00 |
| 6/16/2014 | Prepare for hearing on Smith's JNOV motion. | 3.50<br>350.00/hr | 1,225.00 |
| 6/17/2014 | Prepare for hearing on Smith's JNOV motion; moot court re same. | 4.50<br>350.00/hr | 1,575.00 |
| 6/18/2014 | Prepare for and present oral argument on Smith's JNOV motion. | 2.50<br>350.00/hr | 875.00 |
| 6/19/2014 | Prepare and submit follow-up letter to court regarding cases discussed at hearing on Smith's JNOV motion. | 0.60<br>350.00/hr | 210.00 |

Cocroft                                                                                      Page     7

|            |                                                                                                      | Hrs/Rate        | Amount      |
|------------|------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 4/9/2015   | Revise motion, memorandum of law, and affidavit in support of fees petition; confer with C. Williams re same. | 1.75<br>350.00/hr | 612.50    |
|            | For professional services rendered                                                                   | 203.20          | $60,165.00  |
|            | Balance due                                                                                          |                 | $60,165.00  |